**Mario N. HUGHLEY, Plaintiff–Appellant,**

v.

**Carrie BASHAM, LPN; John R. Barnett, M.D.; Lalani D. McCann, M.D.; Corrections Corporation of America; Prison Realty Corporation, formerly known as Corrections Corporation of America; Patricia A. Terrangi; J.D.**

Terry; Ronald Angelone; M. Vernon Smith, M.D.; Doe # 1; Jane/John Doe # 2; Jane/John Doe # 3, Defendants–Appellees,

**and**

**Jackie R. Smith, Defendant.**

No. 03–7315.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 25, 2004.

Decided March 23, 2004.

John L. Watts, Breit, Drescher & Imprevento, P.C., Norfolk, Virginia; O.L. Gilbert, Gilbert & Albiston, Norfolk, Virginia, for Appellant.

Carlyle R. Wimbish, III, Kenneth T. Roeber, Sands, Anderson, Marks & Miller, P.C., Richmond, Virginia; John D. McChesney, Rawls & McNelis, P.C., Richmond, Virginia; Mark R. Davis, Senior Assistant Attorney General, Richmond, Virginia; Kerri Borchardt Taylor, Morin & Barkley, Charlottesville, Virginia, for Appellees.

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Mario N. Hughley appeals the district court's order dismissing his 42 U.S.C.

**274**

§ 1983 (2000) complaint pursuant to Fed. R.Civ.P. 12(b)(6), as barred by the statute of limitations. We have reviewed the parties' briefs and joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hughley v. Basham,* No. CA–03–85–2 (E.D. Va. filed Aug. 1, 2003 & entered Aug. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*